

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 29, 2023

BY ECF
Honorable John P. Cronan
United States District Judge
United States Courthouse
500 Pearl Street, Room 1320
New York, New York 10601

      Re:    *Allstate Property and Casualty Company a/s/o Gaspare Borsellino v. United States of America,* No. 22-10609 (JPC)

Dear Judge Cronan:

    This Office represents the defendant, the U.S. Department of Justice ("DOJ"), in the above-referenced action brought pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 2671 and 1346(b)(1).  Pursuant to the Court's Order of August 24, 2023, the parties are to appear for an initial pre-trial conference on September 5, 2023, at 1:30 p.m.  I write respectfully to request an adjournment of the date of the conference.  I request this extension because I will be on annual leave and unavailable for the conference on that date.  Both parties will be available as of September 25, 2023, and request an adjournment to a date thereafter at the Court's convenience.  As indicated, Plaintiff has kindly consented to this request for an adjournment of the conference.

    Thank you for your consideration of this request.

Respectfully,

DAMIAN WILLIAMS
United States Attorney

By: /s/ *Susan Branagan*
SUSAN C. BRANAGAN
Assistant United States Attorney
Telephone: (212) 637-2804
Fax: (212) 637-2750

cc:    Counsel of record (via ECF)

---

The request is granted.  The conference scheduled for September 5, 2023, at 1:30 p.m. is adjourned until September 26, 2023, at 10:00 a.m.  At that time, counsel for all parties should call (866) 434-5269, access code 9176261.

SO ORDERED.
Date: August 30, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge