UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
ALLSTATE PROPERTY & CASUALTY INSURANCE
COMPANY a/s/o GASPARE BORSELLINO,

                Plaintiff,                      22 Civ. 10609 (JPC)

        -v-                                  ORDER

UNITED STATES OF AMERICA,

                Defendant.
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      At the conference held on November 2, 2023, the Court ordered the parties to provide a status letter by November 30, 2023, on the status of settlement discussions and whether the parties request a referral to either the Court-annexed Mediation Program or the Honorable Ona T. Wang for settlement. No status letter has been filed. The parties are ordered to file a status letter on the foregoing topics by December 14, 2023.

      SO ORDERED.

Dated: December 11, 2023
       New York, New York

                                                      JOHN P. CRONAN
                                         United States District Judge